FILED
JUN - 6 2013
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) No. S1-4:13CR00174 CEJ (NAB)
)
EHRICK STEFAN PREIS, )
)
    Defendant. )

## SUPERSEDING INDICTMENT

### FINDINGS

The Grand Jury finds that:

A.    Counts one through six detailed herein are related to violations of Title 21, United States Code, Section 813, also known as:

### THE ANALOGUE CONTROLLED SUBSTANCES ACT

Pursuant to Title 21, United States Code, Section 813, a controlled substance analogue shall, to the extent intended for human consumption, be treated, for the purposes of any Federal law as a controlled substance in Schedule I.

Title 21, United States Code, Section 802(32)(A) defines a "controlled substance analogue" as a substance:

    (i).    The chemical compound of which is substantially similar to the chemical structure of a controlled substance in Schedule I or II; and

    (ii).    Which has a stimulant, depressant, or hallucinogenic effect on the central nervous system that is substantially similar to or greater than the stimulant, depressant, or

hallucinogenic effects on the central nervous system of a controlled substance in Schedule I or II; or

      (iii).   With respect to a particular person, which such person represents or intends to have a stimulant, depressant, or hallucinogenic effect on the central nervous system that is substantially similar to or greater than the stimulant, depressant, or hallucinogenic effect on the central nervous system of a controlled substance in Schedule I or II.

B.    In recent years, individuals have begun to manufacture and traffic in synthetic products, including 2C-B: 4-bromo-2,5-dimethoxyphenethylamine ("2C-B"), which is a Schedule I controlled substance. 2C-B is purported to have effects similar to LSD. 25I-NBOMe: 2-(4-Iodo-2, 5-dimethoxyphenyl)-N-(2-methoxybenzyl)ethanamine ("25I-NBOMe") is an analogue of 2C-B.

## COUNT ONE

The Grand Jury charges that:

On or about December 18, 2012, in St. Charles County, within the Eastern District of Missouri,

**EHRICK STEFAN PREIS,**

the Defendant herein, did knowingly and intentionally distribute a controlled substance analogue, specifically, the chemical substance known as 25I-NBOMe.

Paragraphs (A) and (B) of the findings are incorporated herein by reference.

In violation of Title 21, United States Code, Sections 813 and 841(a)(1), and punishable under Section 841(b)(1)(C).

## COUNT TWO

The Grand Jury charges that:

On or about January 10, 2013, in St. Charles County, within the Eastern District of Missouri,

**EHRICK STEFAN PREIS,**

the Defendant herein, did knowingly and intentionally distribute a controlled substance analogue, specifically, the chemical substance known as 25I-NBOMe.

Paragraphs (A) and (B) of the findings are incorporated herein by reference.

In violation of Title 21, United States Code, Sections 813 and 841(a)(1), and punishable under Section 841(b)(1)(C).

### COUNT THREE

The Grand Jury charges that:

On or about January 17, 2013, in St. Charles County, within the Eastern District of Missouri,

**EHRICK STEFAN PREIS,**

the Defendant herein, did knowingly and intentionally distribute a controlled substance analogue, specifically, the chemical substance known as 25I-NBOMe.

Paragraphs (A) and (B) of the findings are incorporated herein by reference.

In violation of Title 21, United States Code, Sections 813 and 841(a)(1), and punishable under Section 841(b)(1)(C).

### COUNT FOUR

The Grand Jury charges that:

On or about January 23, 2013, in St. Charles County, within the Eastern District of Missouri,

**EHRICK STEFAN PREIS,**

the Defendant herein, did knowingly and intentionally distribute a controlled substance analogue, specifically, the chemical substance known as 25I-NBOMe.

Paragraphs (A) and (B) of the findings are incorporated herein by reference.

In violation of Title 21, United States Code, Sections 813 and 841(a)(1), and punishable under Section 841(b)(1)(C).

### COUNT FIVE

The Grand Jury charges that:

On or about February 12, 2013, in St. Charles County, within the Eastern District of Missouri,

**EHRICK STEFAN PREIS,**

the Defendant herein, did knowingly and intentionally distribute a controlled substance analogue, specifically, the chemical substance known as 25I-NBOMe.

Paragraphs (A) and (B) of the findings are incorporated herein by reference.

In violation of Title 21, United States Code, Sections 813 and 841(a)(1), and punishable under Section 841(b)(1)(C).

### COUNT SIX

The Grand Jury charges that:

On or about March 19, 2013, in St. Charles County, within the Eastern District of Missouri,

**EHRICK STEFAN PREIS,**

the Defendant herein, did knowingly and intentionally distribute a controlled substance analogue,

specifically, the chemical substance known as 25I-NBOMe.

Paragraphs (A) and (B) of the findings are incorporated herein by reference.

In violation of Title 21, United States Code, Sections 813 and 841(a)(1), and punishable under Section 841(b)(1)(C).

### COUNT SEVEN

The Grand Jury charges that:

On or about March 19, 2013, in St. Charles County, within the Eastern District of Missouri,

**EHRICK STEFAN PREIS,**

the Defendant herein, did knowingly possess one or more destructive devices that was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
MICHAEL A. REILLY, #43908MO
Assistant United States Attorney